UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DAVID SURKIS,
               Plaintiff,

v.

CHASE BANK USA, N.A.; AMERICAN
EXPRESS; HYUNDAI MOTOR FINANCE
COMPANY; EQUIFAX INFORMATION
SERVICES, LLC; EXPERIAN
INFORMATION SOLUTIONS, INC.; and
TRANSUNION, LLC,
               Defendants.
------------------------------------------------------------x

**ORDER REGARDING**
**SEALED DOCUMENTS**

20 CV 11058 (VB)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5|26|21

     The Court having So Ordered the parties' Stipulated Protective Order, dated May 25, 2021, which, among other things, provides for the filing of documents under seal, it is further ORDERED:

1. The parties shall consult and comply with the instructions for filing documents under seal, as set forth in: (i) Section 6 of the Court's Electronic Case Filing Rules & Instructions; (ii) the Court's "Sealed Records Filing Instructions," available at https://nysd.uscourts.gov/programs/records; and (iii) Judge Briccetti's Individual Practices.

2. A full and unredacted courtesy copy of any submission of documents electronically filed under seal shall be provided to Chambers as soon as practicable, marked "Chambers Copy" and "Contains Confidential Information Filed Under Seal."

Dated: May 26, 2021
      White Plains, NY

                        SO ORDERED:

                        Vincent L. Briccetti
                        United States District Judge