UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

DAVID SURKIS,

                Plaintiff,

                                               **ORDER**

v.

                                              20 CV 11058 (VB)

CHASE BANK USA, N.A; AMERICAN
EXPRESS; HYUNDAI MOTOR FINANCE
COMPANY; EQUIFAX INFORMATION
SERVICES, LLC; EXPERIAN INFORMATION
SOLUTIONS, INC.; and TRANSUNION, LLC,

                Defendants.

-------------------------------------------------------------x

      The Court conducted a status conference today, at which counsel for plaintiff and

defendant Chase Bank USA, N.A. ("Chase Bank") appeared by telephone.

      Accordingly, it is HEREBY ORDERED:

      1.      By **November 4, 2021**, Plaintiff's counsel shall advise the Court in writing as to

the status of this action as against defendant Hyundai Motor Finance Company.

      2.      Plaintiff's request that a settlement conference be scheduled is DENIED.

      3.      Chase Bank's motion for summary judgment is due **December 3, 2021**.

Plaintiff's opposition is due **January 3, 2022**.  Chase Bank's reply, if any, is due **January 17,**

**2022**.

Dated: October 28, 2021
       White Plains, NY

                              SO ORDERED:

                              _____
                              Vincent L. Briccetti
                              United States District Judge